```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEBORAH SZEREDY,

                        Plaintiff            06 CV 7589 (RPP)

    - against -

                                    **ORDER**

JOHN POTTER, et al.,
                      Defendants.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

       This case was closed on April 28, 2009 based on a transcript of statements by

Plaintiff on the record. See Memo Endorsement on transcript filed July 2, 2009.

       IT IS SO ORDERED.

Dated: New York, New York
       August 6, 2009

                                                       Robert P. Patterson, Jr.
                                                       U.S.D.J.